USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

# M&B

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

October 27, 2021

**By ECF and Email**
Hon. Victor Marrero
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Wayne Franklyn Chinn
           19 Cr. 915(VM)

Dear Judge Marrero:

    This letter is respectfully submitted on behalf of the defendant, Wayne Franklyn Chinn, to request an adjournment of his sentencing, which is currently scheduled to take place before Your Honor on November 19, 2021. The adjournment is necessary because I am entering the hospital on November 9 for surgery and will need several weeks to recuperate. In addition, I am scheduled to be out of town from December 9 through December 30. In light of the above, it is respectfully requested that the Court adjourn the sentencing to a date in the first two weeks of January 2022 that is convenient to the Court and the parties. I have discussed this matter with AUSA Olga Zverovich, who advised me that the Government is not opposed to a brief adjournment but would prefer that the sentencing take place in early December.

    Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

---

Request GRANTED. The sentencing of defendant Wayne Franklyn Chinn herein is rescheduled to 12/3/2021 at 10:00 A.M.

SO ORDERED.

11/3/2021     /s/ Victor Marrero
DATE          Victor Marrero
              U.S.D.J.