```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :
                                  :
WAYNE FRANKLYN CHINN,             :         19 CR 915(VM)
                                  :            ORDER
                                  :
                       Defendant. :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021

The Government is directed to respond to Defendant's letter motion (see Dkt. No. 15) by November 10, 2021.

**SO ORDERED:**

Dated:  New York, New York
        05 November 2021

_Victor Marrero_
Victor Marrero
U.S.D.J.