**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :
                                  :            **19 CR 915(VM)**
WAYNE FRANKLYN CHINN,             :            **ORDER**
                                  :
                  Defendant.      :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/21

**VICTOR MARRERO, U.S.D.J.:**

On November 5, 2021, Defendant Wayne Franklyn Chinn ("Chinn") filed a letter motion requesting that his December 3, 2021 sentencing be conducted remotely pursuant to the CARES Act. (See Dkt. No. 15.) The Government opposed this motion on November 10, 2021, (See Dkt. No. 18.), and Chinn replied to the Government on November 15, 2021. (See Dkt. No. 22). Upon review of these submissions, and in light of the ongoing public health crisis, the Court GRANTS Defendant's request for remote sentencing and DENIES the Government's request that Chinn appear in the District for sentencing.

It is hereby ordered that the sentencing conference before the Honorable Victor Marrero on Friday, December 3, 2021 at 10:00 AM shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated: New York, New York
       16 November 2021

                                    _____
                                    Victor Marrero
                                    U.S.D.J.