```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :
                                   :    19 CR 915(VM)
WAYNE FRANKLYN CHINN,              :       ORDER
                                   :
             Defendant.            :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On March 31, 2022, defense counsel filed a letter motion (<u>see</u> Dkt. No. 33) requesting that the Court authorize his use of an associate nunc pro tunc in this matter. Defense counsel's request is granted in so far as the associate bills at an approved Criminal Justice Act rate.

**SO ORDERED:**

Dated: New York, New York
       04 April 2022

_____
Victor Marrero
U.S.D.J.