

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz  
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor  
New York, NY 10001  
Phone: (212) 221-7999  
Fax: (212) 398-8835

July 13, 2022

**By ECF and Email**
Hon. Victor Marrero
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Wayne Franklyn Chinn</u>
                19 Cr. 915(VM)

Dear Judge Marrero:

    This letter is respectfully submitted on behalf of the defendant, Wayne Franklyn Chinn to request that the Court modify the terms Mr. Chinn's probation by converting his eighteen months of house arrest to a daily curfew.

    On December 3, 2021, Your Honor sentenced Mr. Chinn to a term of five years of probation, with the first eighteen months to be served under house arrest. Mr. Chinn began his period of house arrest on March 2, 2022 and has been in full compliance since that time. During the last several months, while on house arrest in his apartment in San Francisco, Mr. Chinn has had to leave his apartment on numerous occasions to go to doctors' appointments, most recently to an orthopedist to diagnose and treat a broken wrist suffered as a result of a fall. Additionally, because he lives alone, the Probation Department has allowed him to leave, when necessary, to go shopping for groceries and to attend to other necessities of daily life. Mr. Chinn's appointments and other necessary excursions have placed an undue burden on the Probation Department and particularly on his supervising Probation Officer, Richard Brown, who is not always available to respond to Mr. Chinn's requests to leave his apartment on a timely basis. To ease the problem, Mr. Brown suggested that I ask the Court to change Mr. Chinn's house arrest to a nightly curfew, at a time set by the Probation Department. Mr. Chinn's compliance with the curfew would be monitored electronically, just as his house arrest is currently being monitored.

    I have discussed this matter with Nanette Davis of the Department of Justice Tax Division, who advised me that the Government defers to the Probation Department with respect to the requested modification.

Honorable Victor Marrero
July 13, 2022
Page 2

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: All Counsel of record (by email)

```
The Probation Department's recommendation
to modify defendant's probation conditions
to convert his remaining house arrest term
to a daily curfew imposed and monitored by
Probation is hereby accepted.

SO ORDERED.
Dated: 14 July 2022
       New York, NY        Victor Marrero
                           U.S.D.J.
```